# Court of Appeals
# of the State of Georgia

ATLANTA, September 09, 2014

*The Court of Appeals hereby passes the following order:*

**A15E0003.  IN THE INTEREST OF A.S.E.**

The parents of A. S. E. have filed an emergency motion pursuant to Court of Appeals Rule 40 (b) for an extension of time to file an application for leave to appeal from an order terminating their parental rights. See OCGA § 5-6-35 (a) (12); OCGA § 5-6-39 (a) (5); *Gable v. State*, 290 Ga. 81, 84 (2) (a) (720 SE2d 170) (2011).

Counsel represents that former counsel for the parents changed employment and moved to a different city, requiring additional time for newly appointed counsel to collect the necessary materials and prepare an application for leave to appeal.

After reviewing the pleadings and the documents provided by the movants, the motion is GRANTED and the movants are granted an additional 30 days to file an application for leave to appeal.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 09/09/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

Stephen E. Castlen , *Clerk.*